UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 08-60688-CIV-Jordan/McAliley

PHLD PARTNERSHIP, individually, and on
Behalf of all those similarly situated,

        Plaintiffs,

vs.

ARCH SPECIALTY INSURANCE COMPANY,

        Defendants.
_____/

## ORDER ON PLAINTIFF'S UNOPPOSED EMERGENCY MOTION TO STAY PENDING RULING ON MOTOIN FOR REMAND AND INCORPORATED MEMORANDUM OF LAW

THIS CAUSE, having come before this Court on Plaintiff's Unopposed Emergency Motion to Stay Pending Ruling on Motion for Remand and Incorporated Memorandum of Law, the Court having considered the record, and having been advised of the agreement between counsel for the parties, and being otherwise fully advised in the premises, it is hereupon,

ORDERED AND ADJUDGED, that said Emergency Motion be and the same is hereby GRANTED. _The plaintiff's response to the motion to dismiss will be due 14 days after the ruling on the motion to remand._ [signature]

DONE AND ORDERED, in Chambers, at Miami, Miami-Dade County, Florida, this 28th day of May, 2008.

                                                    [signature]
                                                    U.S. DISTRICT JUDGE

Copies furnished to:
Edward H. Zebersky, Esq., 4000 Hollywood Boulevard, #675 South, Hollywood, FL 33021
Daniel M. Mcnalis, Esq., Stephanie H. Luongo, Esq., P.O. Box 21289, West Palm Beach, FL 33416-1289
John W. Bussey, III, Esq., John W. Bolanovich, Esq., P.O. Box 531086, Orlando, FL 32853
C. Richard Newsome, Esq., P. Alexander Gillen, 20 N. Orange Avenue, Orlando, FL 32801-4641